UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

════════════════════════════════════════

UNITED STATES OF AMERICA,

                                                           ORDER
             v.                                            11-CR-241A

JOHNSON CONTRACTING OF WNY, INC.,
 et al.,

                          Defendants.

════════════════════════════════════════

        This case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant

to 28 U.S.C. § 636(b)(1).  On September 18, 2012, Magistrate Judge McCarthy

filed a Report and Recommendation, recommending that defendants' motions to

dismiss counts of the Indictment and defendant Maniszewski's motion to

suppress statements be denied without prejudice.

        Plaintiff filed objections to the Report and Recommendation on October 5,

2012.  The government filed a response to defendant's objections and defendant

filed a reply to the government's response.

        Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a de novo

determination of those portions of the Report and Recommendation to which

objections have been made.  Upon a de novo review of the Report and

Recommendation, and after reviewing the submissions, the Court adopts the

proposed findings of the Report and Recommendation.

        Accordingly, for the reasons set forth in Magistrate Judge McCarthy's

Report and Recommendation, defendants' motions to dismiss counts of the Indictment and defendant Maniszewski's motion to suppress statements are denied without prejudice.

The case is referred back to Magistrate Judge McCarthy for further proceedings.


SO ORDERED.

s/ Richard J. Arcara
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: November 27, 2012